DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**20TH AVE INVESTMENTS LLC,**
Appellant,

v.

**WELLS FARGO BANK, NATIONAL ASSOCIATION as trustee for STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2006-AR2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR2,**
Appellee.

No. 4D19-262

[December 31, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Judge; L.T. Case No. 2015 CA013095.

Rachel M. Coe, Esq. of Polaris Legal Group, Pompano Beach, for appellant.

Joseph J. Huss, Esq. and Lynette Ebeoglu McGuiness, Esq. of Krinzman Huss Lubetsky Feldman & Hotte, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***